UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Irene MORALES, <br><br> Defendant. | Magistrate Case No. '20 MJ5131 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about November 25, 2020, within the Southern District of California, Defendant, Irene MORALES, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Ismael BRAVO-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on November 27, 2020.

HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Efrain Carrillo, declare under penalty of perjury the following to be true and correct:

The complainant states that Ismael BRAVO-Garcia, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 25, 2020, at approximately 6:17 A.M, Irene MORALES (Defendant) applied for admission into the United States from Mexico at the Otay Mesa, California Port of Entry via vehicle primary lanes driving a white 2001 BMW 325i bearing State of California license plates. Defendant was accompanied by her five year old daughter who was in a car seat sitting in the back seat. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented her United States passport and stated a destination of San Diego, California with nothing to declare from Mexico. During the course of the primary inspection, the CBP Officer discovered an individual concealed in a non-factory compartment located between the back seat and the trunk of the vehicle. Defendant was secured; escorted to the security office and the vehicle was driven into the secondary area of operations for further inspection.

In secondary area of operations, responding CBP Officers unlocked the rear seat back rest mechanism for access, discovered and instructed the individual to exit the area of concealment. The concealed individual was later identified as Ismael BRAVO-Garcia (Material Witness), and determined to be a citizen of Mexico without legal documents to enter the United States and is now held as a Material Witness.

Probable Cause Statement continued on page 2…

Continuation of Probable Cause Statement
RE: U.S. v. Irene MORALES

At approximately 9:37 A.M, Defendant was advised of her Miranda Rights and elected to make a statement. Defendant admitted she agreed to the smuggling act and admitted knowledge that she had an individual concealed in her vehicle. Defendant admitted if successful, she would receive a monetary payment of $6,000 US dollars for her smuggling services.

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted that he personally made the smuggling arrangements for him to be unlawfully transported into the United States for an unknown smuggling payment to the human smuggling facilitators. Material Witness admitted to a final destination of Los Angeles, California to seek employment.

Executed on this 25st day of November, 2020 at 6:00 P.M.

_____
Efrain Carrillo / CBP CEU Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named herein committed the offense on November 25, 2020, in violation of Title 8, United States Code, Section 1324.

_____        8:13 PM, Nov 25, 2020
UNITED STATES MAGISTRATE JUDGE           DATE / TIME

2